UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN O. NIEVES,
Plaintiff,

-v-

VILLANUEVA DIDIELIS, *et al.*,
Defendants.

26-CV-7106 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from the Civil Court of the City of New York, Small Claim Part, on August 21, 2026. (ECF No. 4.) On August 27, 2026, Defendants Harvard Protection Services, Villanueva Didielis, Service Employees International Union, Local 32BJ, and Carmen Medina filed motions to dismiss. (ECF Nos. 7, 11.) On September 1, 2026, Plaintiff Christian Nieves filed an affirmation in opposition to Defendants' motions to dismiss. (ECF No. 15.)

Accordingly, Plaintiff is directed to file a complaint that complies with the Federal Rules of Civil Procedure on or before **November 2, 2026**.

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken. For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases. *Pro se* parties should submit all papers to the Court in one of the following ways:

a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

b. mailing them or delivering them in person to the following address:

U.S. District Court
Southern District of New York
Pro Se Intake Unit, Room 205
500 Pearl Street
New York, New York 10007

Plaintiff may contact the court's *Pro Se* Intake Unit should he have any procedural questions about his case. The *Pro Se* Intake Unit cannot provide legal advice. The Intake Unit is located at the U.S. District Court for the Southern District of New York, 500 Pearl Street, Room 250, 2nd Floor, New York, New York 10007, and the phone number is (212) 805-0175.

There is additional information about proceeding *pro se* on the Court's website, including instructions to consent to electronic service of documents (https://nysd.uscourts.gov/prose).

The Court strongly encourages the Plaintiff to consent to electronic service via ECF as it would ensure that he receives documents and orders in his case promptly by email electronically when a document is filed electronically. Instructions and the consent form to consent to electronic service are attached to this order and can be located at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

Plaintiff is further advised that a *Pro Se* Law Clinic recently opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide Plaintiff with advice in connection with the case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the

clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

All briefing deadlines for Defendants' motions to dismiss are stayed pending further order of this Court.

Defendants shall provide a copy of this Order to Plaintiff by **October 12, 2026**.

SO ORDERED.

Dated: October 5, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one “free look” at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first “free look” or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the “free look” to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court’s Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your “free look” and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk’s Office at the Court.

United States District Court
Southern District of New York
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Name (Last, First, MI)

Address City State Zip Code

Telephone Number E-mail Address

Date Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007