UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN O. NIEVES,
Plaintiff,

-v-

VILLANUEVA DIDIELIS, *et al.*,
Defendant.

26-CV-7106 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from the Civil Court of the City of New York, Small Claim Part, on August 21, 2026. (ECF No. 4.) On August 27, 2026, Defendants Harvard Protection Services, Villanueva Didielis, Service Employees International Union, Local 32BJ, and Carmen Medina filed motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF Nos. 7, 11.) Specifically, Defendants argued that because Plaintiff Christian Nieves's Notice of Claim states only that Nieves brings an action for "breach of contract or warranty for $10,000," but does not identify the contract breached or the actions giving rise to the breach, the Notice of Claim does not provide enough facts to "state a claim to relief that is plausible on its face." (ECF No. 8 at 2-3 (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)); *accord* ECF No. 12 at 2-3; *see also* ECF No. 4-1.)

On October 5, 2026, this Court ordered Plaintiff to file a complaint that complies with the Federal Rules of Civil Procedure on or before November 2, 2026. (ECF No. 16.) To date, Plaintiff has not done so.

Because Plaintiff is *pro se*, the Court *sua sponte* extends the deadline to file a complaint until December 11, 2026. If Plaintiff does not file a complaint by that date, the Court may enter an order to show cause why the case should not be dismissed for failure to prosecute. *See* Fed.

R. Civ. P. 41(b); *Stevens & Co., LLC v. Espat*, No. 24-CV-5223, 2024 WL 4593645, at *4 (S.D.N.Y. Oct. 28, 2024).

Defendants are directed to serve a copy of this Order on Plaintiff by November 13, 2026.

SO ORDERED.

Dated: November 6, 2026
New York, New York

J. PAUL OETKEN
United States District Judge